Submitted on record and briefs November 6, 1991, conviction affirmed and remanded for resentencing February 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

EULALEO SARATEL SALINAS,
*Appellant.*

(90-04-32535; CA A67882)

824 P2d 430

Sally L. Avera, Public Defender, and J. Marvin Kuhn, Chief Deputy Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Defendant was convicted, after trial to the court, of delivery of a controlled substance. ORS 475.992. The indictment included an allegation that delivery occurred as part of a drug cultivation, manufacture or delivery scheme or network. The state concedes that the sentence was improper and that the case should be remanded for resentencing. *State v. Moeller*, 105 Or App 434, 806 P2d 130, *rev dismissed* 312 Or 76, 815 P2d 701 (1991). We accept that concession.

Conviction affirmed; remanded for resentencing.